# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

———————————————————x
           :

Colonel Paul Jeffery Grube, on behalf of  :
himself and those similarly situated,     :    No. 11-CV-01009-WLS
           :

          Plaintiff,  :    Class Action
           :

         v.       :
           :

GNC Corporation, iSatori Technologies  :
LLC, and HCG Platinum, LLC       :
           :

        Defendants.  :
———————————————————x

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)

**TO THE COURT, ALL OF THE PARTIES AND THEIR COUNSEL OF RECORD:**

WHEREAS, Plaintiff Colonel Paul Jeffery Grube filed the above putative class action on behalf of himself and those similarly situated on August 4, 2011;

WHEREAS, no defendant in this action has answered the complaint or filed a motion for summary judgment;

WHEREAS, a class has not been certified in this action; and,

WHEREAS, the Los Angeles County Superior Court granted final approval of the class action settlement in *Wike v. HCG Platinum, LLC*, Los Angeles County Superior Court No. BC 451080, on November 9, 2012.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Colonel Paul Jeffery Grube dismisses this action against all Defendants without prejudice.

AND NOW, this 7th day of December, 2012.
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE